**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000717
21-AUG-2024
08:02 AM
Dkt. 71 OGMD**

NO. CAAP-23-0000717

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STUART B. GLAUBERMAN and VICKY RAMIL,
Plaintiffs/Counterclaim Defendants-Appellees, v.
CELESTE M. GONSALVES, Defendant/Counterclaimant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
KĀNEʻOHE DIVISION
(CIVIL NO. 1DRC-21-0001879)


ORDER GRANTING IN PART MOTION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon consideration of self-represented Defendant/Counterclaimant-Appellant Celeste M. Gonsalves's (**Gonsalves**) July 26, 2024 Motion To Extend Time to File Opening Brief and August 5, 2024 Motion To Dismiss Appeal As Moot And Remand To Honolulu District Court, the papers in support and the record,

IT IS HEREBY ORDERED that Gonsalves's July 26, 2024 Motion To Extend Time to File Opening Brief is denied, because her request to dismiss her appeal is being granted.

IT IS FURTHER ORDERED that Gonsalves's August 5, 2024 Motion To Dismiss Appeal As Moot And Remand To Honolulu District Court is granted in part and denied in part.  The appeal is

dismissed without prejudice to Gonsalves requesting relief in the district court.[1]  All other relief requested is denied.

DATED:  Honolulu, Hawaiʻi, August 21, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1]  Although Gonsalves' August 5, 2024 motion refers to the Honolulu District Court, it appears the case is pending in the Kāneʻohe Division.